**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | JILS Corp. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-0660118 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 6325 Falls of Neuse Road<br>Suite 24<br>Raleigh, NC 27615<br>Number, Street, City, State & ZIP Code | 5252 Aleppo Lane<br>Raleigh, NC 27613<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wake**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.redlineathletics.com/suttonsquare/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | JILS Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7139____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

| Debtor | JILS Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **JILS Corp.**
         Name
                                                                    Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | JILS Corp. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2023**
              MM / DD / YYYY

**X** **/s/ Michael Gaglione**                          **Michael Gaglione**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Danny Bradford**                 Date   **May 11, 2023**
Signature of attorney for debtor                   MM / DD / YYYY

**Danny Bradford 23011**
Printed name

**Paul D. Bradford, PLLC**
Firm name

**455 Swiftside Drive**
**Suite 106**
**Cary, NC 27518-7198**
Number, Street, City, State & ZIP Code

Contact phone   **(919)758-8879**        Email address   **dbradford@bradford-law.com**

**23011 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JILS Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2023**    X **/s/ Michael Gaglione**
                                                    Signature of individual signing on behalf of debtor

                                                    **Michael Gaglione**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **JILS Corp.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................... $      160,029.57

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $      160,029.57

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      364,963.51

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      518.41

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      1,759,361.06

4.  Total liabilities ........................................................................................
    Lines 2 + 3a + 3b      $      2,124,842.98

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **JILS Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank - Negative balance.** | Checking | 9809 | $0.00 |
| 3.2. | **Bank of America** | Checking | | $743.53 |
| 3.3. | **First Citizens Bank -** | Savings | 9817 | $11.07 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    $754.60
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Debtor    **JILS Corp.**                                          Case number *(If known)* _____
      Name

| 7.1. | **Duke Progress Energy deposit.** | **$2,261.00** |
|---|---|---|

| 7.2. | **Regency Centers Corporation - Rent Deposit.** | **$30,547.30** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                          $32,808.30

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furnishings and decorations, subject to lien held by Citizens Bank.** | **$0.00** | **Liquidation** | **$2,000.00** |

40.  **Office fixtures**

Debtor    **JILS Corp.**                                          Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| **Miscellaneous fixtures.  Subject to first-position lien held by Citizens Bank.** | $0.00 | Liquidation | $1,000.00 |

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Office equipment and supplies, subject to first-position lien held by Citizens Bank.**    $0.00    Liquidation    $3,000.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | $6,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Weightlifting machines, barbells, dumbells, plates, racks, mats, aerobic fitness machines, including treadmills, etc. and miscellaneous fitness equipment, all subject to the first-position lien held by Citizens Bank.** | $0.00 | Liquidation | $92,000.00 |

51.    **Total of Part 8.**                                                          | $92,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

Debtor    **JILS Corp.**                                                     Case number *(If known)* _____
          Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| NONE. | | $0.00 | | $0.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

|  |  |
|---|---|
|  | $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** Gym membership list.  Nominal value. | $0.00 | N/A | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

Debtor   **JILS Corp.**                                          Case number *(If known)* _____
_____
Name

66.   **Total of Part 10.**                                                    | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Expected IRS ERC tax credit.**   Tax year **2022** | **$28,000.00** |
| 73.   **Interests in insurance policies or annuities**<br>**Cincinnati Insurance Company, policy number *****5018.** | **$466.67** |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.   **Total of Part 11.**                                                   | **$28,466.67** |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **JILS Corp.**                                     Case number *(If known)* _____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $754.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $32,808.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $92,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $28,466.67 | |
| 91. **Total.** Add lines 80 through 90 for each column | $160,029.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $160,029.57 |

Rev. 5/2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                    CASE NUMBER:
**JILS Corp.**
          Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   **Michael Gaglione**   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age:                   _____
Name of former co-owner:    _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $         0.00**

2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $         0.00**

3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  **0** .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $         0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $         0.00**

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $          0.00**

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

**VALUE CLAIMED AS EXEMPT:  $          0.00**

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| **-NONE-** | |
|---|---|

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| **-NONE-** | |
|---|---|

16. FEDERAL PENSION FUND EXEMPTIONS

| **-NONE-** | |
|---|---|

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| **-NONE-** | |
|---|---|

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.   Of the United States or its agencies as provided by federal law.
b.   Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.   Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.   Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.   For payment of obligations contracted for the purchase of specific real property affected.
f.   For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.   For statutory liens, on the specific property affected, other than judicial liens.
h.   For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.   For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.   Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.   Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __**Michael Gaglione**__, declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.


Executed on: __**May 11, 2023**__                                    __/s/ Michael Gaglione__
                                                                              **Michael Gaglione**
                                                                                        Debtor

**Fill in this information to identify the case:**

Debtor name ___ **JILS Corp.** _____

United States Bankruptcy Court for the: ___ EASTERN DISTRICT OF NORTH CAROLINA _____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Citizens Bank**<br>Creditor's Name<br><br>**PO Box 1900**<br>**Elizabethton, TN 37644**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Substantially all assets owned by the Debtor, excluding cash accounts and the tenant deposit.  UCC1 filed 2/1/2021.**<br><br>**Describe the lien**<br>**Security Agreement** | $348,963.51 | $128,727.67 |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**3/18/2021** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**8507** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **East Hudson Capital, LLC**<br>Creditor's Name<br><br>**DBA Global Capital Experts**<br>**27-01 Queens Plaza North, Ste. 802**<br>**Long Island City, NY 11101**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Receivables financing.  Second-position lien on substantially all company assets.  UCC1 filed 3/21/2023.**<br><br>**Describe the lien** | $16,000.00 | $128,727.67 |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**3/14/2023** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**JILS Corp.** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **JILS Corp.**
Name                                                          Case number (if known) _____

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                               ☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$364,963.51** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **JILS Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred<br>**NOTICES** | Basis for the claim: | | |
| Last 4 digits of account number **0118**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$518.41** | **$518.41** |
| Date or dates debt was incurred | Basis for the claim:<br>**2021 franchise tax.** | | |
| Last 4 digits of account number **0118**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                          **Amount of claim**

Debtor   **JILS Corp.**                                      Case number *(if known)* _____
          Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,393.02 |

**American Express**
PO Box 6031
Carol Stream, IL 60197-6031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  1000**

**Basis for the claim:  Business purchases.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,639.80 |

**Blue Vine Capital, Inc.**
**OBO Celtic Bank Corporation**
**401 Warren Street, Suite 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/19/2022**

**Last 4 digits of account number   JILS Corp.**

**Basis for the claim:  Receivables financing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,745.12 |

**Dual Comfort Heating and Air Cond.**
PO Box 1176
Knightdale, NC 27545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/9/2023**

**Last 4 digits of account number  5993**

**Basis for the claim:  HVAC service.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,407.92 |

**Duke Progress Energy**
PO Box 1094
Charlotte, NC 28201-1094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Within last 60 days.**

**Last 4 digits of account number  7688**

**Basis for the claim:  Utility Service.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,639.80 |

**Funding Metrics, LLC dba Lendini**
**3220 Tillman Drive**
**Suite 200**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/27/2023**

**Last 4 digits of account number  8971**

**Basis for the claim:  Receivables financing.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |

**Gary Gaglione**
**20 Galway Drive**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/27/2023**

**Last 4 digits of account number** _

**Basis for the claim:  Unsecured loan.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |

**Gary Gaglione**
**20 Galway Drive**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/1/2020**

**Last 4 digits of account number** _

**Basis for the claim:  Unsecured loan.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **JILS Corp.**

Name

Case number *(if known)* _____

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | **$29,820.00** |
|---|---|---|---|

**Good Funding**
17602 17th Street
Suite 102-113
Tustin, CA 92780

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/28/2022__

**Basis for the claim:**  __Receivables financing.__

Last 4 digits of account number  __Corp__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | **$42,904.14** |
|---|---|---|---|

**Parafin/Mindbody Capital**
611 Mission St., 7th Floor
San Francisco, CA 94105

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _____

**Basis for the claim:**  __Receivables financing.__

Last 4 digits of account number  __JILS Corp__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | **$1,205.68** |
|---|---|---|---|

**Redline Athletics**
14000 N. Hayden Road
Scottsdale, AZ 85260

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/30/2020__

**Basis for the claim:**  __Redline Athletics Franchise.__

Last 4 digits of account number  __JILS Corp.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | **$30,170.73** |
|---|---|---|---|

**Regency Centers Corporation**
One Independent Drive - Attn: Lease
Suite 114
Jacksonville, FL 32202-5019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/3/2020__

**Basis for the claim:**  __Business lease payments past due.__

Last 4 digits of account number  _____

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | | **$1,440,000.00** |
|---|---|---|---|

**Regency Centers Corporation**
One Independent Drive - Attn: Lease
Suite 114
Jacksonville, FL 32202-5019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __12/3/2020__

**Basis for the claim:**  __Potential future rents.__

Last 4 digits of account number  _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | **$30,434.85** |
|---|---|---|---|

**Thread Bank**
210 East Main Street
Rogersville, TN 37857

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/17/2023__

**Basis for the claim:**  __Unsecured Loan.__

Last 4 digits of account number  __OA01__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | **$1,000.00** |
|---|---|---|---|

**WRAL Digital**
PO Box 948140
Atlanta, GA 30394-8140

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/31/2023__

**Basis for the claim:**  __Advertising services.__

Last 4 digits of account number  __1094__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

---

Debtor   **JILS Corp.**                                     Case number (*if known*)  _____
_____
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hilton, Silvers & McClanahan, PLLC**<br>**David N. Hilton, Esq.**<br>**7320 Six Forks Road, Suite 100**<br>**Raleigh, NC 27615** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Hilton, Silvers & McClanahan, PLLC**<br>**David N. Hilton, Esq.**<br>**7320 Six Forks Road, Suite 100**<br>**Raleigh, NC 27615** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Regency Centers Corporation**<br>**One Independent Drive - Attn: Legal**<br>**Suite 114**<br>**Jacksonville, FL 32202-5019** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Regency Centers Corporation**<br>**2068 Clark Avenue**<br>**Raleigh, NC 27605** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Universal Accounting Service, LLC**<br>**PO Box 12027**<br>**Kansas City, MO 64152** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 518.41 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,759,361.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,759,879.47 |

**Fill in this information to identify the case:**

Debtor name   **JILS Corp.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement. Expires 6/30/2030.** | |
|        State the term remaining | **85 months** | |
|        List the contract number of any government contract | _____ | **Redline Athletics**<br>**14000 N. Hayden Road**<br>**Scottsdale, AZ 85260** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 6325 Falls of Neuse Road, Suite 24, Raleigh, NC 27615.** | |
|        State the term remaining | **98 months remaining** | |
|        List the contract number of any government contract | _____ | **Regency Centers Corporation**<br>**One Independent Drive - Attn: Lease Suite 114**<br>**Jacksonville, FL 32202-5019** |

**Fill in this information to identify the case:**

Debtor name      **JILS Corp.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Grace E. Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Good Funding** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.2 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Funding Metrics, LLC dba Lendini** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.3 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **East Hudson Capital, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Gary Gaglione** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.5 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Gary Gaglione** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |

Debtor   **JILS Corp.**                                              Case number *(if known)*

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Michael & Grace Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Regency Centers Corporation | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.7 | Michael & Grace Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Regency Centers Corporation | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.8 | Michael & Grace Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Citizens Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Michael & Grace Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Redline Athletics | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.10 | Michael Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Blue Vine Capital, Inc. | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.11 | Michael Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Thread Bank | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.12 | Michael Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | American Express | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.13 | Michael Gaglione | 5252 Aleppo Lane<br>Raleigh, NC 27613 | Parafin/Mindbody Capital | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

Debtor    **JILS Corp.** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Regency Centers Corporation** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.2__ |
| 2.15 | **Michael & Grace Gaglione** | **5252 Aleppo Lane Raleigh, NC 27613** | **Redline Athletics** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name **JILS Corp.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$111,335.37** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$261,508.11** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **$77,389.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **JILS Corp.** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Regency Centers Corporation**<br>One Independent Drive - Attn: Lease<br>Suite 114<br>Jacksonville, FL 32202-5019 | 2/2/2023 and<br>3/3/2023. | $19,714.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent.** |
| 3.2. **American Express**<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | 2/24/2023<br>and<br>3/24/2023 . | $11,239.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card payments.** |
| 3.3. **Blue Vine Capital, Inc.**<br>OBO Celtic Bank Corporation<br>401 Warren Street, Suite 300<br>Redwood City, CA 94063 | 2/22/2023,<br>3/21/2023<br>and<br>4/19/2023. | $14,582.28 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Citizens Bank**<br>PO Box 1900<br>Elizabethton, TN 37644 | 2/15/2023,<br>3/15/2023<br>and 4/3/2023. | $15,620.49 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **East Hudson Capital, LLC**<br>DBA Global Capital Experts<br>27-01 Queens Plaza North, Ste. 802<br>Long Island City, NY 11101 | 3/16/2023<br>through<br>4/24/2023.<br>34 almost<br>daily<br>payments. | $11,421.90 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Funding Metrics, LLC dba Lendini**<br>3220 Tillman Drive<br>Suite 200<br>Bensalem, PA 19020 | 2/2/2023 and<br>4/21/2023.<br>59 almost<br>daily<br>payments. | $21,397.53 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Good Funding**<br>17602 17th Street<br>Suite 102-113<br>Tustin, CA 92780 | 2/2/2023 -<br>4/20/2023.<br>15 payments. | $15,117.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Redline Athletics**<br>14000 N. Hayden Road<br>Scottsdale, AZ 85260 | 2/2/2023 -<br>4/20/2023.<br>14 payments. | $9,171.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise fees and expenses.** |

Debtor  **JILS Corp.**  Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **North Wake Baseball Association 1845 Grandmark Street Wake Forest, NC 27587** | $200.00 | 3/9/2023 | $200.00 |
| **Recipients relationship to debtor None.** | | | |

Debtor   **JILS Corp.** _____   Case number _(if known)_ _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **North Raleigh Wake Forest Athletics**<br>**PO Box 98872**<br>**Raleigh, NC 27624** | **$1,750.00.** | **5/13/2022** | **$1,750.00** |
| | **Recipients relationship to debtor**<br>**None.** | | | |

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bradford Law Offices**<br>**455 Swiftside Drive**<br>**Suite 106**<br>**Cary, NC 27512** | **$5,000.00 retainer + $338.00 filing fee.** | **4/11/2023 -**<br>**$5,000.00;**<br>**5/1/2023 -**<br>**$338.00.** | **$5,338.00** |
| | **Email or website address**<br>**www.bradford-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **JILS Corp.** _____     Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    JILS Corp.                                    Case number *(if known)*

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **JILS Corp.**                                              Case number *(if known)*

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Grace E. Gaglione**<br>**5252 Aleppo Lane**<br>**Raleigh, NC 27613** | **July 2021 - present.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Grace E. Gaglione**<br>**5252 Aleppo Lane**<br>**Raleigh, NC 27613** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Redline Athletics**<br>**14000 N. Hayden Road**<br>**Scottsdale, AZ 85260** |
| 26d.2.    **Guidant Financial**<br>**129 Campbell Avenue SE**<br>**#202**<br>**Roanoke, VA 24011** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **JILS Corp.** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Gaglione | 5252 Aleppo Lane Raleigh, NC 27613 | President. | 89% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Grace E. Gaglione | 5252 Aleppo Lane Raleigh, NC 27613 | Treasurer/Secretary. | 11% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Michael Gaglione 5252 Aleppo Lane Raleigh, NC 27613 | $5,800.00 | In the last one year. | Salary and reimbursement for personal loan to cover payroll and expenses. |
| | Relationship to debtor Equity Owner | | | |
| 30.2. | Grace E. Gaglione 5252 Aleppo Lane Raleigh, NC 27613 | $2,500.00 | Within last year. | Salary. |
| | Relationship to debtor Equity Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **JILS Corp.**_____   Case number *(if known)*_____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2023**_____

**/s/ Michael Gaglione**_____          **Michael Gaglione**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re __JILS Corp._____   Case No. _____

_____ Debtor(s)    Chapter __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $__338.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 11, 2023_____
*Date*

/s/ Danny Bradford
**Danny Bradford 23011**
*Signature of Attorney*
**Paul D. Bradford, PLLC**
**455 Swiftside Drive**
**Suite 106**
**Cary, NC 27518-7198**
**(919)758-8879  Fax: (919)803-0683**
**dbradford@bradford-law.com**
*Name of law firm*

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **JILS Corp.** _____    Case No. _____

                                    Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 11, 2023** _____        **/s/ Michael Gaglione** _____

                                        **Michael Gaglione/President**
                                        Signer/Title

Date:    **May 11, 2023** _____        **/s/ Danny Bradford** _____
                                        Signature of Attorney
                                        **Danny Bradford 23011**
                                        **Paul D. Bradford, PLLC**
                                        **455 Swiftside Drive**
                                        **Suite 106**
                                        **Cary, NC 27518-7198**
                                        **(919)758-8879   Fax: (919)803-0683**

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Blue Vine Capital, Inc.
OBO Celtic Bank Corporation
401 Warren Street, Suite 300
Redwood City, CA 94063

Citizens Bank
PO Box 1900
Elizabethton, TN 37644

Dual Comfort Heating and Air Cond.
PO Box 1176
Knightdale, NC 27545

Duke Progress Energy
PO Box 1094
Charlotte, NC 28201-1094

East Hudson Capital, LLC
DBA Global Capital Experts
27-01 Queens Plaza North, Ste. 80
Long Island City, NY 11101

Funding Metrics, LLC dba Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Gary Gaglione
20 Galway Drive
Mendham, NJ 07945

Good Funding
17602 17th Street
Suite 102-113
Tustin, CA 92780

Grace E. Gaglione
5252 Aleppo Lane
Raleigh, NC 27613

Hilton, Silvers & McClanahan, PLLC
David N. Hilton, Esq.
7320 Six Forks Road, Suite 100
Raleigh, NC 27615

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Michael & Grace Gaglione
5252 Aleppo Lane
Raleigh, NC 27613

Michael Gaglione
5252 Aleppo Lane
Raleigh, NC 27613

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Parafin/Mindbody Capital
611 Mission St., 7th Floor
San Francisco, CA 94105

Redline Athletics
14000 N. Hayden Road
Scottsdale, AZ 85260

Regency Centers Corporation
One Independent Drive - Attn: Leas
Suite 114
Jacksonville, FL 32202-5019

Regency Centers Corporation
One Independent Drive - Attn: Legal
Suite 114
Jacksonville, FL 32202-5019

Regency Centers Corporation
2068 Clark Avenue
Raleigh, NC 27605

Thread Bank
210 East Main Street
Rogersville, TN 37857

Universal Accounting Service, LLC
PO Box 12027
Kansas City, MO 64152

WRAL Digital
PO Box 948140
Atlanta, GA 30394-8140

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __JILS Corp._____

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JILS Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Grace E. Gaglione**
**5252 Aleppo Lane**
**Raleigh, NC 27613**

**Michael Gaglione**
**5252 Aleppo Lane**
**Raleigh, NC 27613**

☐ None [*Check if applicable*]

**May 11, 2023**

Date

**/s/ Danny Bradford**

**Danny Bradford 23011**

Signature of Attorney or Litigant

Counsel for __JILS Corp.__

**Paul D. Bradford, PLLC**

**455 Swiftside Drive**
**Suite 106**
**Cary, NC 27518-7198**
**(919)758-8879 Fax:(919)803-0683**
**dbradford@bradford-law.com**